UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Magistrate No. H-99-859-M |
| | § | |
| RUBEN ORTIZ GARZA | § | |

## MOTION TO DISMISS COMPLAINT

COMES NOW the United States of America, by Jose Angel Moreno, United States Attorney, and Albert A. Balboni, Assistant United States Attorney, for the Southern District of Texas and hereby moves to dismiss the complaint against the Defendant.

Respectfully submitted,

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

By: _____
Albert A. Balboni
Assistant United States Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
(713) 567-9726